**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| JOSEPH D. EASTHOPE,<br><br>   Plaintiff,<br><br> v.<br><br>SYNGENTA AG; SYNGENTA CROP PROTECTION, LLC; CHEVRON U.S.A. INC.; and DOES 1 through 60 inclusive,<br><br>   Defendants. | **This Document Relates to Civil Action**<br>**No. 3:22-pq-02852-NJR** |

**PLAINTIFF'S MOTION TO SUBSTITUTE PARTY**

 **COMES NOW,** attorney for the Plaintiff, Joseph D. Easthope (hereinafter referred to as "Decedent") and respectfully moves this Court for leave to substitute parties and would show unto the Court the following:

 1.  That Joseph D. Easthope departed from this life on or about June 20, 2024.  By way of Suggestion of Death [Dkt. #10], his Death Certificate has been filed with this Court. [See, Exhibit A, Dkt. # 10-1].

 2.  Pursuant to Rule 25(a)(1) of the *Federal Rules of Civil Procedure*, plaintiff's counsel moves to substitute parties – to remove Decedent and add Decedent's successor, Carol Easthope, Individually, and on behalf of all Wrongful Death Beneficiaries of Joseph D. Easthope, deceased. See, *Affidavit of Relationship,* Exhibit A, attached hereto.

 3.  Due to the nature of this instant Motion, counsel for Decedent requests waiver of filing a supportive memorandum.  See, *F.R.C.P.* 7(b)(2).

 WHEREFORE, PREMISES CONSIDERED, counsel for Decedent, respectfully requests that the Motion to Substitute Party be allowed.

Dated: April 8, 2025                                       Respectfully Submitted,


     /s/ Madison Keyes
**THE SMITH LAW FIRM, PLLC**
R. ALLEN SMITH – Miss. Bar No. 99984
E-mail: asmith@smith-law.org
MADISON KEYES – Miss. Bar No. 105530
E-mail: mkeyes@smith-law.org
300 Concourse Blvd., Suite 104
Ridgeland, MS  39157
Telephone:  601-952-1422
Fax: 601-952-1426

**SHENAQ, PC**
AMIR SHENAQ – Georgia No. 505281
3500 Lenox Road Ste. 1500
Atlanta, GA 30326
Telephone: (888) 909-9993
Telecopier: (713) 583-3538
E-mail: amir@shenaqpc.com

**LAW OFFICES OF EZEQUIEL REYNA, JR., P.C.**
EZEQUIEL REYNA, JR.  – TX Bar No. 16794798
702 W. Expressway 83, Suite 100
Weslaco, Texas 78596
Telephone:(956) 968-9556
Fax: (956) 969-0492
E-mail: zeke@zreynalaw.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

     I hereby certify that on April 8, 2025, I electronically filed the above and foregoing document with the Clerk of Court using the CM/ECF system, which will send electronic notification of such filing to counsel of record.

     Respectfully Submitted,

      /s/ Madison Keyes
**THE SMITH LAW FIRM, PLLC**
R. ALLEN SMITH – Miss. Bar No. 99984
E-mail: asmith@smith-law.org
MADISON KEYES – Miss. Bar No. 105530
E-mail: mkeyes@smith-law.org
300 Concourse Blvd., Suite 104
Ridgeland, MS  39157
Telephone:  601-952-1422
Fax: 601-952-1426

**SHENAQ, PC**
AMIR SHENAQ – Georgia No. 505281
3500 Lenox Road Ste. 1500
Atlanta, GA 30326
Telephone: (888) 909-9993
Telecopier: (713) 583-3538
E-mail: amir@shenaqpc.com

**LAW OFFICES OF EZEQUIEL REYNA, JR., P.C.**
EZEQUIEL REYNA, JR.  – TX Bar No. 16794798
702 W. Expressway 83, Suite 100
Weslaco, Texas 78596
Telephone:(956) 968-9556
Fax: (956) 969-0492
E-mail: zeke@zreynalaw.com

*Attorneys for Plaintiff*