# Affidavit of Relationship

*This form is for the next of kin who does not have appointment as Personal Representative/Administrator of the Decedent, and there will be no probate filing.*

STATE OF Florida

COUNTY OF Broward

BEFORE ME, the undersigned authority, this day personally appeared deposes and says that:

My name is Carol Easthope and my address is

*Affiant*

████████████████████ , ████████████████████

Street Address | Suite / Apt. | City | State | Zip Code

I am personally familiar with the statements made in the affidavit, and I am a

[x] Surviving Spouse, [ ] Surviving Child, or [ ] Next of Kin - _____ (Relationship to Decedent)

of Joseph Easthope who died on the 20 day of June

*Decedent's Name*

in the year 2024 in the county of Broward

No one has qualified for the executor, administrator, or community administrator of the estate for the decedent; and as the surviving spouse, surviving child, or next of kin, I am entitled to exercise those rights, powers, and privileges set forth within the state probate laws. I stand next in line of intestate succession for the decedent and am responsible for all legal affairs. I am entitled to obtain his or her medical records.

I present this affidavit to C00402.1 Optum HCP - CA R 016 to act in such capacity as the surviving spouse, surviving child, or next of kin; and in consideration of C00402.1 Optum HCP - CA R 016 agreeing to act in reliance hereon, I agree to indemnify and hold harmless C00402.1 Optum HCP - CA R 016 or parties to whom this is presented, as well as their directors, officers, employees, and agents from any and all damages or losses, including cost of court and attorney fees, occasioned by the reliance on this Information.

Affiant Signature: *Carol Easthope*   Date: 8/15/2024

Printed Name: Carol Easthope

SWORN TO and SUBSCRIBED before me this 15 day of August in the year 2024

Notary Signature: *[signature]*

Notary Public for the State of Florida

My commission expires: July 18, 2026

Printed Name of Notary Public: Laura Nicole Wilson

LAURA NICOLE WILSON
Notary Public - State of Florida
Commission # HH 280731
My Comm. Expires Jul 18, 2026
Bonded through National Notary Assn.

(Notary Stamp)

**EXHIBIT A**